```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 14632
    RODOLFO ELIZONDO
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-4548


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/14/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     824.04            .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG       .00             .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE       .00             .00             .00
REAL TIME RESOLUTIONS IN  CURRENT MORTG       .00             .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE       .00             .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00             .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    1300.00            .00             .00
AMERICAS SERVICING CO     CURRENT MORTG       .00             .00             .00
AMERICAS SERVICING CO     MORTGAGE ARRE     400.00            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         2774.94            .00             .00
CINGULAR WIRELESS CHICAG  UNSEC W/INTER  NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED            .00             .00
VANRU CREDIT              UNSEC W/INTER  NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  SECURED NOT I   43231.97            .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   12334.13            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    1325.81            .00             .00
REAL TIME RESOLUTION      SECURED NOT I    1973.94            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,043.00                        916.34
TOM VAUGHN                TRUSTEE                                           62.66
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                979.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              916.34
TRUSTEE COMPENSATION                         62.66
DEBTOR REFUND                                  .00
                                       ---------------   ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14632 RODOLFO ELIZONDO
```

TOTALS                                          979.00                      979.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |